607 A.2d 741

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert SIMONEAUX, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1992.

Decided May 19, 1992.

Samuel C. Stretton, West Chester, for appellant.

Stuart Suss, Asst. Dist. Atty., West Chester, Nicholas J. Casenta, Jr., Downingtown, for appellee.

FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this matter.